UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 07-10105-CIV-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BETANCOURT,

    Defendant.

_____/

## OMNIBUS ORDER DENYING MOTION TO SET ASIDE DEFAULT AND MOTION FOR IMMEDIATE REFERRAL TO MEDIATION

THIS CAUSE comes before the Court upon the Defendant's Motion to Set Aside Default (D.E. #9) and Motion for Immediate Referral to Mediation (D.E. #10).

After review of the record, this Court concludes that said Motions should be denied

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Defendant's Motion to Set Aside Default (**D.E. #9**) and Motion for Immediate Referral to Mediation (**D.E. #10**) are **DENIED**.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 30th day of September, 2008.

*[signature: James Lawrence King]*

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

*Counsel for Plaintiff*

**Steven M. Davis**
Becker & Poliakoff, PA
121 Alhambra Towers
10th Floor
Coral Gables, FL 33134